**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

COLON JACKSON,

        Defendant.

3:19-cr-00040-LRH-CSD

**Order to Continue Notice and Motion Deadlines**

Trial in this matter is scheduled to begin on January 23, 2023.  ECF No. 47.  Pretrial motions, notices of defense and expert notices are due October 3, 2022.  Responses are due October 24, 2022.  Replies are due November 4, 2022.  *Id.*

The parties wish to continue the dates solely as it pertains to notices, pretrial motions, responses, and replies.  This will not affect the current calendar call or trial date.  The parties are requesting this because on October 18, 2022, the parties are scheduled to begin a two-week trial in another matter, *United States v. Jeffery Pishion*, 3:21-cr-000038-MMD-CLB, which will interfere with the parties being able to meet the aforementioned deadlines.

The parties request a continuance for the following dates:

The October 3, 2022 deadline for expert notice, notice of defenses, and pretrial motions will be continued to November 3, 2022;

The October 24, 2022 deadline for responses will be continued to November 29, 2022; and

The November 4, 2022 deadline for replies will be continued to December 9, 2022.

The parties request that the above deadlines be continued.


**DATED:** this 30th of September, 2022.


                                        JASON FRIERSON
                                        United States Attorney

                                        _/s/ Penelope J. Brady_
                                        PENELOPE J. BRADY
                                        Assistant United States Attorney
                                        District of Nevada


                                        RENE L. VALLADARES
                                        Federal Public Defender

                                        _/s/ Christopher P. Frey_
                                        CHRISTOPHER P. FREY
                                        Assistant Federal Public Defender


IT IS SO ORDERED.

_____
LARRY R. HICKS
United States District Judge

Dated:  October 3, 2022.

2